**STATE of Missouri, Respondent,**

v.

**Nicholas Gray SCHWANDT, Appellant.**

No. WD 73823.

Missouri Court of Appeals, Western District.

May 15, 2012.

Stephanie L. Roberts and Michael Douglas Fusselman, Moberly, MO, for respondent.

Aaron Widel Smith, Columbia, MO, for appellant.

Division Three: JAMES M. SMART, JR., P.J., VICTOR C. HOWARD and JAMES E. WELSH, JJ.

## ORDER

PER CURIAM:

Nicholas Schwandt appeals his conviction of speeding in violation of section 304.010, RSMo. We affirm. Rule 30.25(b).